# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



FILED

OCT 25 AM 10: 15

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      vs.<br><br>MARIA CONSUELO MUNOZ (2),<br><br>                    Defendant. | CASE NO. 92CR1169-L<br><br>**JUDGMENT OF DISMISSAL** |



      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_XX_   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

___   of the offense(s) as charged in the Indictment/Information:

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: OCTOBER 19, 2011

M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE